# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC EMMERICK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIDGECREST REGIONAL HOSPITAL, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-1160 - AWI - JLT<br><br>ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE OBJECTIONS<br><br>(Doc. 7) |

On May 7, 2018, the Court found Plaintiff failed to allege facts sufficient to support his claims arising under federal law and recommended the action be dismissed. (Doc. 7) The Court granted Plaintiff fourteen days from the date of service to file any written objections. (*Id.* at 11) On May 21, 2018, Plaintiff filed a request for an extension of time to respond to the recommendations, asserting his brain injury impairs his comprehension and he needs "more time to substantively comprehend the complex ideas" in the Court's order. (Doc. 8 at 2) Good cause appearing, the Court **ORDERS**:

1. Plaintiff's request for an extension of time is **GRANTED**; and
2. Plaintiff SHALL file any written objections no later than **June 8, 2018**.

IT IS SO ORDERED.

Dated: **May 23, 2018**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE