UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC EMMERICK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIDGECREST REGIONAL HOSPITAL, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-1160 - AWI - JLT<br><br>ORDER DIRECTING PLAINTIFF TO FILE HIS PROPOSED SECOND AMENDED COMPLAINT NO LATER THAN JUNE 25, 2018<br><br>(Doc. 7) |

　　　　On May 7, 2018, the Court found Plaintiff failed to allege facts sufficient to support his claims arising under federal law and recommended the action be dismissed. (Doc. 7) Plaintiff requested an extension of time to address the findings and recommendations, and was directed to file any objections to the Findings and Recommendations no later than June 8, 2018. (Doc. 9)

　　　　On June 7, 2018, Plaintiff stated his "objection is only to the recommendation for no leave to amend." (Doc. 1 at 2) He requests that he be permitted to amend the complaint, reporting that in the First Amended Complaint, he "incorrectly framed his Causes of action" and "other much needed Causes and elements had been left unaddressed and were not incorporated into the amended complaint." (*Id.* at 3) He contends that his "amendment alleges a proper claim and if the action is dismissed, [he] cannot refile due to the statute of limitations." (*Id.* at 5)

///

///

1

In the interest of justice, the Court will review the amended pleading that Plaintiff believes states a proper claim. If the second amended complaint states a claim, the Court will withdraw the findings and recommendation to dismiss the action. If it does not, the findings and recommendation to dismiss the action will stand. Accordingly, the Court **ORDERS**:

1. Plaintiff **SHALL** file his proposed Second Amended Complaint, <u>**no later than June 25, 2018**</u>;
2. The proposed Second Amended Complaint **SHALL NOT** exceed thirty pages, including exhibits; and
3. <u>Plaintiff is informed that absent exceptionally good cause, no extensions of time will be granted for the filing of his proposed Second Amended Complaint</u>.

IT IS SO ORDERED.

Dated: **June 8, 2018**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE